13 A.3d 871

IN THE MATTER OF DANIEL N. SHAPIRO, AN ATTORNEY AT LAW (ATTORNEY NO. 041631984).

March 10, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–237, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **DANIEL N. SHAPIRO** of **HACKENSACK,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to comply with client's requests for information), and *RPC* 1.5(b) (failure to set forth in writing the rate or basis of the attorney's fee);

And good cause appearing;

It is ORDERED that **DANIEL N. SHAPIRO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.